B 5 (Official Form 5) (12/07)

# UNITED STATES BANKRUPTCY COURT
_____ District of _____

**INVOLUNTARY PETITION**

| IN RE (Name of Debtor – If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) <br><br> COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS <br><br> ZIP CODE | MAILING ADDRESS OF DEBTOR (If different from street address) <br><br><br> ZIP CODE |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) ||
| CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED <br> ☐ Chapter 7  ☐ Chapter 11 ||

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| **Nature of Debts** <br> (Check **one** box.) <br><br> Petitioners believe: <br><br> ☐ Debts are primarily consumer debts <br> ☐ Debts are primarily business debts | **Type of Debtor** <br> (Form of Organization) <br> ☐ Individual (Includes Joint Debtor) <br> ☐ Corporation (Includes LLC and LLP) <br> ☐ Partnership <br> ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) <br> _____ | **Nature of Business** <br> (Check **one** box.) <br> ☐ Health Care Business <br> ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B) <br> ☐ Railroad <br> ☐ Stockbroker <br> ☐ Commodity Broker <br> ☐ Clearing Bank <br> ☐ Other |
|---|---|---|

| **VENUE** | **FILING FEE** (Check one box) |
|---|---|
| ☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. <br><br> ☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☐ Full Filing Fee attached <br><br> ☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. <br> _[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]_ |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| **ALLEGATIONS** <br> (Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☐ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b). <br> 2. ☐ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code. <br> 3.a. ☐ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount; <br>   or <br>  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

## TRANSFER OF CLAIM

☒ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _/s/ Marlo Quan_____
Signature of Petitioner or Representative (State title)
Stewardship Credit Arbitage Fund, LLC
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual    Marlon Quan
Signing in Representative Capacity       500 West Putnam Ave
                                         Greenwich, CT 06830

x _____    Date
Signature of Attorney
Klestadt & Winters, LLP
Name of Attorney Firm (If any)
292 Madison Ave., 17th Floor, New York, NY 10017
Address
(212) 972-3000
Telephone No.

x _____
Signature of Petitioner or Representative (State title)
Stewardship Credit Arbitage Fund Ltd
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual    D. Geoffrey Hunter
Signing in Representative Capacity       7 Church Street
                                         Hamilton HM EX Bermu

x _____    Date
Signature of Attorney
Klestadt & Winters, LLP
Name of Attorney Firm (If any)
292 Madison Ave., 17th Floor, New York, NY 10017
Address
(212) 972-3000
Telephone No.

x _____
Signature of Petitioner or Representative (State title)
Northlight Fund L.P.
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual    Mark P. Hirschhorn
Signing in Representative Capacity       24 West 40th Street
                                         New York, NY 10018

x _____    Date
Signature of Attorney
Klestadt & Winters, LLP
Name of Attorney Firm (If any)
292 Madison Ave., 17th Floor, New York, NY 10017
Address
(212) 972-3000
Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Stewardship Credit Arbitage Fund LLC | Loan Guaranty | 16,150,000.00 |
| Stewardship Credit Arbitage Fund Ltd. | Loan Guaranty | 18,850,000.00 |
| Northlight Fund LP | Loan Guaranty | 5,000,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 40,000,000.00 |

____ continuation sheets attached

### TRANSFER OF CLAIM

☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x_____
Signature of Petitioner or Representative (State title)
Stewardship Credit Arbitage Fund, LL
Name of Petitioner                           Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
Marlon Quan
500 West Putnam Ave.
Greenwich, CT 06830

x_____     Date
Signature of Attorney
Klestadt & Winters, LLP
Name of Attorney Firm (If any)
292 Madison Ave., 17th Floor, New York, NY 10017
Address
(212) 972-3000
Telephone No.

---

x_____
Signature of Petitioner or Representative (State title)
Stewardship Credit Arbitage Fund Ltd
Name of Petitioner                           Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
D. Geoffrey Hunter
7 Church Street
Hamilton HM EX Bermu

x_____     Date
Signature of Attorney
Klestadt & Winters, LLP
Name of Attorney Firm (If any)
292 Madison Ave., 17th Floor, New York, NY 10017
Address
(212) 972-3000
Telephone No.

---

x_____
Signature of Petitioner or Representative (State title)
Northlight Fund L.P.
Name of Petitioner                           Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
Mark P. Hirschhorn
24 West 40th Street
New York, NY 10018

x_____     Date
Signature of Attorney
Klestadt & Winters, LLP
Name of Attorney Firm (If any)
292 Madison Ave., 17th Floor, New York, NY 10017
Address
(212) 972-3000
Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Stewardship Credit Arbitage Fund LLC | Loan Guaranty | 16,150,000.00 |
| Stewardship Credit Arbitage Fund Ltd. | Loan Guaranty | 18,850,000.00 |
| Northlight Fund LP | Loan Guaranty | 5,000,000.00 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims  40,000,000.00

_____ continuation sheets attached

| TRANSFER OF CLAIM |
|---|
| ☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x_____
Signature of Petitioner or Representative (State title)
Stewardship Credit Arbitage Fund, LL
Name of Petitioner                     Date Signed

Name & Mailing                 Marlon Quan
Address of Individual          500 West Putnam Ave.
Signing in Representative      Greenwich, CT 06830
Capacity

x_____   Date
Signature of Attorney
Klestadt & Winters, LLP
Name of Attorney Firm (If any)
292 Madison Ave., 17th Floor, New York, NY 10017
Address
(212) 972-3000
Telephone No.

x_____
Signature of Petitioner or Representative (State title)
Stewardship Credit Arbitage Fund Ltd
Name of Petitioner                     Date Signed

Name & Mailing                 D. Geoffrey Hunter
Address of Individual          7 Church Street
Signing in Representative      Hamilton HM EX Bermu
Capacity

x_____   Date
Signature of Attorney
Klestadt & Winters, LLP
Name of Attorney Firm (If any)
292 Madison Ave., 17th Floor, New York, NY 10017
Address
(212) 972-3000
Telephone No.

x_[signature]_, a manager of Northlight GP LLC its GP
Signature of Petitioner or Representative (State title)
Northlight Fund L.P.
Name of Petitioner                     Date Signed

Name & Mailing                 Mark P. Hirschhorn
Address of Individual          24 West 40th Street
Signing in Representative      New York, NY 10018
Capacity

x_____   Date
Signature of Attorney
Klestadt & Winters, LLP
Name of Attorney Firm (If any)
292 Madison Ave., 17th Floor, New York, NY 10017
Address
(212) 972-3000
Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Stewardship Credit Arbitage Fund LLC | Loan Guaranty | 16,150,000.00 |
| Stewardship Credit Arbitage Fund Ltd. | Loan Guaranty | 18,850,000.00 |
| Northlight Fund LP | Loan Guaranty | 5,000,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 40,000,000.00 |

_____ continuation sheets attached

### TRANSFER OF CLAIM
☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x_____  x_[signature]_____ 5/18/10
Signature of Petitioner or Representative (State title)   Signature of Attorney                Date
Stewardship Credit Arbitage Fund, LL                     Klestadt & Winters, LLP
Name of Petitioner               Date Signed             Name of Attorney Firm (If any)
                                                         292 Madison Ave., 17th Floor, New York, NY 10017
Name & Mailing          Marlon Quan                      Address
Address of Individual   500 West Putnam Ave.             (212) 972-3000
Signing in Representative  Greenwich, CT 06830           Telephone No.
Capacity

x_____  x_[signature]_____ 5/18/10
Signature of Petitioner or Representative (State title)   Signature of Attorney                Date
Stewardship Credit Arbitage Fund Ltd                      Klestadt & Winters, LLP
Name of Petitioner               Date Signed              Name of Attorney Firm (If any)
                                                          292 Madison Ave., 17th Floor, New York, NY 10017
Name & Mailing          D. Geoffrey Hunter                Address
Address of Individual   7 Church Street                   (212) 972-3000
Signing in Representative  Hamilton HM EX Bermu           Telephone No.
Capacity

x_____  x_[signature]_____ 5/18/10
Signature of Petitioner or Representative (State title)   Signature of Attorney                Date
Northlight Fund L.P.                                      Klestadt & Winters, LLP
Name of Petitioner               Date Signed              Name of Attorney Firm (If any)
                                                          292 Madison Ave., 17th Floor, New York, NY 10017
Name & Mailing          Mark P. Hirschhorn                Address
Address of Individual   24 West 40th Street               (212) 972-3000
Signing in Representative  New York, NY 10018             Telephone No.
Capacity

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Stewardship Credit Arbitage Fund LLC | Loan Guaranty | 16,150,000.00 |
| Stewardship Credit Arbitage Fund Ltd. | Loan Guaranty | 18,850,000.00 |
| Northlight Fund LP | Loan Guaranty | 5,000,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 40,000,000.00 |

_____ continuation sheets attached

# United States Bankruptcy Court
Southern District of New York

## Attachment Sheet for Involuntary Petition

Debtor(s): **Ralph Esmerian**   Case No.

| PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR | | |
|---|---|---|
| Name of Debtor<br>R. Esmerian, Inc. | Case Number<br>10- | Date Filed<br>5/18/2010 |
| Relationship<br>affiliate | District<br>Southern District of New York | Judge<br>Drain |
| Name of Debtor<br>Tango LLC | Case Number<br>08-11369 | Date Filed<br>4/15/2008 |
| Relationship<br>affiliate | District<br>Southern District of New York | Judge<br>Drain |
| Name of Debtor<br>Foxtrot LLC | Case Number<br>08-11368 | Date Filed<br>4/15/2008 |
| Relationship<br>affiliate | District<br>Southern District of New York | Judge<br>Drain |
| Name of Debtor<br>Endymion, LLC | Case Number<br>08-11367 | Date Filed<br>4/15/2008 |
| Relationship<br>affiliate | District<br>Southern District of New York | Judge<br>Drain |
| Name of Debtor<br>Calypso Mines LLC | Case Number<br>08-11362 | Date Filed<br>4/15/2008 |
| Relationship<br>affiliate | District<br>Southern District of New York | Judge<br>Drain |
| Name of Debtor<br>Old Hills Jewels, LLC | Case Number<br>08-11364 | Date Filed<br>4/15/2008 |
| Relationship<br>affiliate | District<br>Southern District of New York | Judge<br>Drain |
| Name of Debtor<br>Phoenix Nevada 1, LLC | Case Number<br>08-11366 | Date Filed<br>4/15/2008 |
| Relationship<br>affiliate | District<br>Southern  District of New York | Judge<br>Drain |
| Name of Debtor<br>New York Jewels LLC | Case Number<br>08-11365 | Date Filed<br>4/15/2008 |
| Relationship<br>affiliate | District<br>Southern District of New York | Judge<br>Drain |