UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
In re                               :   Case No. 10-12721 (RDD)
                                    :
RALPH ESMERIAN,                     :   (Chapter 11)
                                    :
                      Debtor.       :
                                    :
------------------------------------x

### ORDER DENYING DEBTOR'S MOTION
### FOR APPOINTMENT OF AN EXAMINER
### WITH EXPANDED POWERS

Upon the motion dated July 9, 2010 of Ralph Esmerian, the debtor herein (the "Debtor"), for appointment of an examiner with expanded powers; and amended notice of the hearing having been served and filed on July 16, 2010; and an objection having been filed by the United States Trustee for Region 2 on July 21, 2010; and a joint objection having been filed by Merrill Lynch Mortgage Capital Inc. and FHLI Liquidation Trust on July 22, 2010; and a reply having been filed by the Debtor on July 22, 2010; and a hearing having been held on July 23, 2010; and the Court, after due deliberation, having announced its decision on the record of the proceedings on July 23, 2010; it is

ORDERED that the Debtor's motion is denied without prejudice.

Dated:   White Plains, New York
         July 27, 2010

                        _/s/ Robert D. Drain
                        HONORABLE ROBERT D. DRAIN
                        UNITED STATES BANKRUPTCY JUDGE