**<u>Exhibit B</u>**

59924-001\DOCS_NY:21965.4

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| SALANDER-O'REILLY GALLERIES, LLC, ) | Case No. 07-30005 (CGM) |
| ) | |
| Debtor. ) | |

**ORDER AUTHORIZING DISCOVERY REQUESTS AND SUBPOENAS
PURSUANT TO FED. R. BANKR. P. 2004**

Upon the Motion (the "Motion") of the Official Committee of Unsecured Creditors (the "Committee") of Salander-O'Reilly Galleries, LLC, for entry of an order, pursuant to section 105(a) of the Bankruptcy Code and Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing Bankruptcy Rule 2004 examinations for documents, information and/or testimony without further order of the Court; and the Court having held a hearing on the relief requested in the Motion on May 8, 2008; and it appearing that the relief requested in the Motion is in the best interests of the Debtor, its estate, and creditors; and it appearing notice of the motion has been given as described in the Motion; and it appearing that no other further notice is necessary; and it appearing that the Court has jurisdiction to consider the Motion and that venue in this District is proper; and after due deliberation and good and sufficient cause appearing therefor, it is hereby

**ORDERED**, that the Motion be and hereby is granted; and it is further

**ORDERED**, that capitalized terms used but not defined herein shall have the meanings and definitions ascribed to them in the Motion; and it is further

**ORDERED**, that the Committee be and hereby is authorized to seek Bankruptcy Rule 2004 examinations and issue Rule 2004 Subpoenas for documents, information and/or testimony without further order of this Court, subject to the following procedures:

a. The Committee shall be authorized to issue and serve subpoenas (each such subpoena, a "Rule 2004 Subpoena") for examinations pursuant to Bankruptcy Rule 2004 without further order of the Court.

b. The Committee shall serve each Rule 2004 Subpoena and a copy of the order entered pursuant to this Motion on (i) the target of the Rule 2004 Subpoena (ii) the Debtor and (iii) the United States Trustee.

c. The Committee shall file with the Court an affidavit or declaration of service for each Rule 2004 Subpoena it serves.

d. Targets of a Rule 2004 Subpoena and any party in interest shall have ten (10) days after any Rule 2004 Subpoena is served to object to and/or seek to quash such Rule 2004 Subpoena.

These procedures shall not affect the substantive rights of any party with respect to a Rule 2004 Subpoena. The procedures outlined herein relate solely to (i) issuance of a Rule 2004 Subpoena by the Committee and (ii) the time in which parties may object or seek to quash such subpoena.

and it is further

**ORDERED**, that the Committee be and hereby is authorized to seek to enforce the terms of any Rule 2004 Subpoena, including, but not limited to, by moving to compel compliance therewith, in any Court of competent jurisdiction without further order of this Court; and it is further

**ORDERED,** that the requirement pursuant to Local Bankruptcy Rule 9013-1(b) to file a memorandum of law is hereby waived.

Dated: Poughkeepsie, New York

Dated: May 15, 2008
      Poughkeepsie, New York

                                  /s/ Cecelia Morris
                              HONORABLE CECELIA G. MORRIS
                              UNITED STATES BANKRUPTCY JUDGE

NY/14599